4 2/3/08 JW                    Fur Judge         (PR)
                               Thelton E. Henderson
Lil John E. West               U.S. Dist. Crt.
E-28520 D-1-131-L              Northern Dist
P.O. Box piece of paper        San Francisco
475-750                        Case No. NO ACCESS TO ANY LEGAL
Susanville, Ca 96127                   WORK FOR CASES
                                       BEING HELD INCOMMUNICADO etc.
L.J.C.-John E. West                    Motion Seeking
       v.                              Immediate Prayer
6p Warden                              For Relief - In T.R.O.
   (ET-AL) Custody &                   & A Injunction Immediately
           Medical Staff

                               CV 08   00650 JW

     If your Honor would please,
Entertain my Prayer for Immediate Relief,
and order a Temporary Restraining Order,
on & against High Desert State Prison, &
its Warden an Immediate & Main authority
State Superior over seer to & for all Custodial
Decisions, and over all authoretative Decisions
made by Medical through its C.M.O. or
H.C.Mgr. (Chief Medical Officer, or Health
Care Manager) He's aware of and Main Part
of and Last Word over all that is Done or
Handed out - on & against, or too anyone!
   I was stabbed & jumped at this Prison
7 yrs ago, 3 of those inmates are Here!
2 on SNY yrd B (Dennis Durbin and
Scotty Boyles, Jeff White is also Here! and
is another known Enemy of mine Big Ronnie
Villareal or Villanueva Reyoso! He's also
a Known Past Enemy (PVSP - Deliberately
acting in a illegal manner and in a
(2) Felonious manner

2/

sent me Deliberately To a Prison, Where all hot known enemies, and In Hopes of Getting me Stabbed or assaulted, and In an attempt To make any & all Further &Pending Litigation, By me - Lil John C. West E-28520, D-1-132 High Desert State Prison, Susanville, Ca. moot, Points; It Is By These actions, I Seek Immediately of Your Honorable Court, To Be Removed From This Prison, & Harms Way, Immediately, Placed Into Federal Protection Until Such Time, as Safe Housing, can Be arranged By CDCR - Through and With Your Courts Immediate Supervision Please, Sir, I'm Begging For Your Honors Protection, with & Through the Immediate Issuance of a Court order For my Removal To Federal Protection, Until CDCR - With and Through Your Honors overseeing can Safely House me, if not Place me Into

(2) Federal Protective Custody - Indefinately, Please, Your Honor I'm Begging

you For your Immediate Prayer For Relief, and Issuance, of an Immediate Court order, & Injunction on an against CDCR, & this Prison - High Desert State Prison, & Pleasant Valley State Prison Warden James A. Yates (Et-Al) Custody - Medical Staff, Whom Had Part In or Knowledge There of, - of my Being Sent, First too a non Medical Facility, and Second Too a Pen W/ Known Enemies, on Both SNY yards & G.P. mainline yrds! and 5 dys ahead of time, they all, Receiving Intitutions, Get Dept. Movement Sheets, Informing them of all Men Pending Arrivals! So they've all Been waiting! I was approached while under Escort 2 dys ago, from 20-30 ft. away By a I'm, and Staff moved and left me chained up, to fend for myself with a Cane, — Whether I Could of or not,

(3) is not the Point, Its the Manner in which it was allowed to Happen!

Please, your Honorable Shelton E. Henderson — I'm Begging & Seeking Immediate Help, & Prayer For Relief, on & against this Prison, its Warden & all its Custodial Staff, & Medical Staff. To Cease & Decease, any & all Demeaningfull, Harm & treatment to or against my Person! Please, your Honor I'm Scared For my Safety!! I've Survived (Viet Nam, 3 tours) — (Watts Riots,) Major Prison uprisings in over 25 or 28 yrs.! non of That Scares me! or has it like This! this People have Beat or Shot People, Killing more than a few, Doctoring up paperwork to look good for them! Please, answer my Prayer For Relief! Remove me From This Prison, Levie These orders on

(4) P.V.S.P. & H.D.S.P. Both For Conspiring on an against me & my Well Being Safety & Person to Be Freed From Harm & Safe Is my Right?? Is it not??

I KNOW MY DUE PROCESS RIGHTS HAVE BEEN VIOLATED, AND IT'S NOT ERRONIOUS ERROR, EITHER, NOR CAN IT BE SEEN ENOUGH AROUND, ~~THE~~ ANYTIME OF, but I've BEEN SUFFERING TO NO AVAIL WITH THIS MEDICAL STAFF, THAT'S BEING ENTERFERED WITH BY CUSTODY STAFF, C/O SHAMNESS TO JENICOFF 2ND WTCH. GYM C/O, C/O SGT 2ND WTCH. TO 3RD WTCH. SGT BUT, HE'S ALWAYS C/O CANNACE'S D-FAC FEMALE STAFF (MEDICAL CLINIC) JUST LIKE IT'S BUDDY DOES - C/O CHAMNESS 2ND WTCH. AND THEY DAILY TELL MEDICAL STAFF - HE DOESN'T NEED THAT, OR TRY TO SHORT STOP ANYONE THAT THEY DON'T LIKE, OR THAT THEY HAVE A BAD ATTITUDE AGAINST ETC., ETC.!!

PLEASE ENTERVEIN, ON MY BEHALF AND ET. AL I'M'S AT D-FAC PVSP & AT PVSP in GENERAL!! WE'RE SEEKING - I'M SEEKING OF YOUR HONORABLE COURT A T.R.O. & A INJUNCTION! PLEASE (TO CEASE & DESIST,) THANK YOU!

I'VE GOT NUMEROUS CASES THERE IN NOR. CAL. FED. CRT. & IN EASTERN DIST. CRT. S.M. SYNDER FRESNO

DATED: 12/23/07   Signed Lil John E. West   E 28570 D-3-140

TO OVER SEE MY CASE, WHICH, IS ALSO NOT HAPPENING,— IT IS/UNDER THESE GROUNDS AND REASON'S, THAT I AM URGENTLY REQUESTING OF YOUR HONORABLE CRT., "AN IMMEDIATE RESTRAINING"& A NEW INJUNCTION, TO CEASE & DECIST,— I WOULD CALL, BUT, THEY'VE STATED I CAN'T GET ON, OR THROUGH — DUE TO ABCK., BUT THESE PEOPLE DO THIS ALL

(1.)

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS
CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE T  'NVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME<br>LIC PSYCH. TECH. CABRAL | COMPLAINANT'S SIGNATURE | DATE SIGNED |
| --- | --- | --- |
| INMATE/PAROLEE PRINTED NAME<br>C/C JOHN E. WEST | INMATE/PAROLEE'S SIGNATURE<br>John E. West | CDC NUMBER<br>E-28520 | DATE SIGNED<br>10/29/07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

PULLED BY SELF 1-4-08
MID-DAY MEDICAL
ATTN: REFUSED

EVID ___ FOR
MR ROBERT SILLEN
          RECEIVERSHIP
MATT/ T.E. HENDERSON FRISCO
                    FED, CRT.

[STATE PRISON stamp, SUSANVILLE, CA 96130]

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*ALL AN EXHIBIT*
*DELIBERATE*
*INDIFFERENCE!! - CO*
*ILLEGAL MEDICAL*
*PRACTICES, ETC.!*

RE: Screening at the INFORMAL Level

December 21, 2007

*HOP*

**WEST, E28520**

*DI-131 1/4/08*

Log Number: PVSP-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***Numerous attachment pages.***

C. Hudson/J. Herrera/H. Martinez
CCII, Appeals Coordinators/AGPA
PVSP

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

ALL MY PROPERTY WAS TAKEN BY STAFF I DON'T HAVE MY CASE NO. # OK?

EXCUSE ME, SIR/MAM,

I'VE GOT NUMEROUS CASES IN YOUR COURT, EASTERN DIST., CENTRAL DIST., STE. SUPREME COURT, I'M A ACCOMPLISHED LITIGATOR!!

DATED: 12/25/07

Signed: 12/25/07   John E. West
E-28520  D-3440

(1.)

"ROUGH DRAFT;"      SUPPLEMENTAL, ADDITIONAL,
                    & STAFF COMPLAINT;

THIS ADDITIONAL COMPLAINT, IS BEING FILED ON, & AGAINST MS. CABRAL, LIC. PSYCH. TECH., EMPLOYED AT T.U.S.P., AND IS AND HAS BEEN ACTING, & WORKING IN THE CAPACITY OF THE ABOVE, AND ENTITLED JOB, - WITHOUT A COURT ORDER, - SHE'S CRUSHING MINE, & OTHERS MED'S., AND THERE'S NO INDIVIDUAL, COURT ORDER, ON & AGAINST ME SPECIFICALLY TO CRUSH ANY OF MY MEDICATION, OR TO ALTER THE ORIGINAL, & INTENDED STATE OF THE MEDICATION, AND IT'S ORIGINAL INTENDED DISPERSING TO THE BODY & IT'S EXTENDED USE & DESTINATION POINT OR POINTS OF PAIN; OVER 4-6, (SIX) TO 8 (EIGHT) HR. PERIOD, - INSTEAD OF THIS IMMEDIATE DISPERSING INTO THE BLOOD STREAM, & BODY POINTS OF NECESSITY.

IT'S THIS WRITERS INTENT, TO STATE CLEARLY THIS, & THESE, VIOLATIONS OF LAW, BEING CONSISTENTLY COMMITTED - DAILY - WITHOUT LEGAL AUTHORIZATION, OR LEGAL MEDICAL AUTHORIZATION, AND IT IS TEMPORARILY AUTHORIZED WITHIN HER JOB DISCRIPTION TO PASS OUT MEDICATION, BUT, NOT PERMANENTLY NOR IS IT, OR IS SHE AUTHORIZED TO ALTER THE STATE OF ANY MEDICATION, THUS CAUSING AN UNINTENDED IMMEDIATE DISPERSING OF ANY MEDICATION TO THE BLOOD STREAM, - INSTEAD OF A DELAYED PERIOD OF TIME, - IT IS ALSO THIS WRITERS INTENT TO REQUEST OF THIS MEDICAL STAFF PERSONEL MEMBER, TO BE ORDERED TO REFRAIN & STOP FROM ALTERING MEDICATION, IN A GENERAL PUNISHMENT MANNER, & INTENT TO ALL INMATES AND A SELECT FEW OF HER CHOICE

(2.) "ROUGH DRAFT; CONT'D"

SUPPLEMENTAL, ADDITIONAL, STAFF COMPLAINT;

THAT SHE DOESN'T HASSLE, OR ALTER THEIR MEDICATION, BUT FOR THE PRE-DOMINANCE OF HER DEALINGS WITH THIS-WRITER/INMATE, IT'S TOTAL PREDJUDICE DISPENSED,&DIRECTED TO THIS I/M, BY PSYCH TECH, CABRAL, ALL BEHIND AN ARGUMENT, AND MY DEMANDED, ONLY AFTER REQUESTING PO-LITELY TO QUIT AND REFRAIN FROM ALTER-ING MY - FINGER STICK DAYS, & AMOUNT OF TIMES THEN MANIPULATING A DR. I'VE NOT BEEN CARED FOR BY, OR SEEN AT THAT TIME—(DR. N.P. DOEHRING) AND SHE HAS ALSO STOPPED MY INSURE/BOOST SUPPLEMENTAL DRINKS, THAT HAVE JUST RECENTLY STABELIZED MY WEIGHT, AS I GO DAYS-WHERE I CAN'T EAT, DUE TO MY CRONES DEASE, COLITUS, CIROSIS-STAGE II-ACUTE, ALSO STAGE II ACUTE HEP-B THAT I WAS INFECTED WITH HERE AT P.V.S.P. WITHIN LAST 16-TO 18 MTH'S—, NONE OF WHICH IS BEING TREATED EXCEPT FOR HERE IN LAST TWO WK'S. SHE- DR.-N.P. DOEHRING INCREASED MY CADUTRA,&REFUSED TO FILE &REQUEST OF- M.A.R. BOARD TO APPROVE MY MINERAL LOTION, DUE TO RASHES, EXTREME DRY SKIN FROM VALLEY FEVER, & MY UNBALANCED DIABETES,- SWELLING OF FEET, CALFS, & UP TO AND INCLUDING MID RANGE OF MY THIGHS, AND IS BRINGING, & OR, FORCING BLOOD VESSELS TO SURFACE, DRYING OF SKIN AND THEY ARE BUSTING - ON MY (SCROTUM SACK(S) MY TES-TICLE SACK, - YES, - I'M SCARED) WHO WOULDN'T BE ! AS I'M A CRITICAL CHRONIC CARE I/M - TERMINAL, AND AM "A WARD OF & TO THE STATE," & INDIGENT, THERE FOR ALL MY MEDICAL,(UNDER PLATA/COLEMAN) DENTAL UNDER PEREZ V. TILTON, —(THE 1ST TWO I'M A LITIGANT)

EXHIBITS 1-8 PLATA & COLEMAN; STAFF THEY REFUSE
ADDITIONAL-SUPPLEMENTAL COMPLAINT INMATE
EXHIBITS COPIES

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region — 1. PVSP — Log No. 1. ___ 2. ___ — Category: ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: C/C JOHN E. WEST — NUMBER: E-28520 — ASSIGNMENT: D-4 AD-SEG, FAC=D — UNIT/ROOM NUMBER: D-4-122

**A. Describe Problem:** TO LT./CPT. MYERS, - MEDICAL - C.T.C.; THERE IS AN ON GOING PROBLEM WITH THIS PSYCH.TECH. - MS. CABRAL, REFUSING TO CHECK MY VITALS - OF WHICH THERE IS AN ORDER - AND MY VALLEY FEVER IS FLAIRING UP AGAIN, - SEVERE NIGHT SWEATS, CHILLS, - & URINARY BLEEDING, AND RECTAL BLEEDING - OF WHICH LVN. PICKETT 2ND WTCH. & LVN 3RD WTCH. HAVE BOTH OBSERVED & DOCUMENTED, AS HAS (PSYCH.TECH.) MS. CABRAL AS SHE DID TWICE ON MON. 10/29/07 - PRIOR TO OUR INTERVIEW AND WHEN SHE BROUGHT NOON MEDS. & CARRY MED'S. - "SHE SAID OH WELL I'M NOT DOING NOTHING - NOW OR LATER"!

If you need more space, attach one additional sheet. * SEE ATTACHED SHEETS *

**B. Action Requested:** THAT SHE BE ORDERED TO REFRAIN FROM THIS/THESE ACTIONS AND REMOVED FROM CONTACT WITH INMATES AS SHE IS VERY VENDICTIVE, & REVENGEFULL, - AND I'M SCARED & PARANOID SHE MIGHT DOSE ME, - WITH SIMILAR BUT DIFFERENT MEDICATION;

Inmate/Parolee Signature: Lil John E. West E-28520 — Date Submitted: 10/29/07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: _____

NOV 29 2007

