(G) JOHN E. WEST
P.O. BOX 850 4 T.U.S.Y.

CF(~ JOHN E. WEST AD-SE, MO-PEN. )
                                    )
v.                                  )
                                    )
WARDEN JAMES A. YATES               )
(ET-AL) CUSTODY STAFF,              )
MEDICAL STAFF,                      )
AND I.T.A.-C.R.; (ET-AL)            )

FILED
08 JAN 28 AM 10:50
NORTHERN DIST CRT.  (PR)
U.S. DIST. CRT. HSE.
MAJ./JUDGE SNR.
J.E. HENDERSON &
CRT. CLK. R. WRIGHT       JW

CV 08   00650

MOTION REQUESTING:
T.R.C. - TEMPORARY RESTRAINING
ORDER & A INJUNCTION TO CEASE
AND DECEASE; (ET-AL);

FOR OVER TWO WK'S THIS PRISON'S MEDICAL STAFF, REFUSED TO GET MY DIABETIC MEDS., AND THEY CONTINUALLY REFUSE TO MONITOR MY BLOOD SUGAR, DUE TO INTERFERENCE FROM CUSTODY STAFF, I can't Get my Meds. Re-Increased Back to where & what they were (I can't Get my other Slip-on Hinged Brace, my X-O-lady Paid for!! Can't Get all my Chronic Critical Care, Pain Management Meds., nor my Terminal Meds.!! These People are Suppose to Be Under Honorable Courts ~ osprsis, Guidelines, & Fees By your Appointee — In-That of Mr. Robert Sillen Seeing Honorable Court also had Previously Your (2) Order, & advocated P.L.O. San Quentin State Prison

TO ADVOCATE MY CASE, WHICH WITH THESE PEOPLE'S — I.E. — CUSTODY — BLOCKING EVERY AVENUE I ATTEMPT, — IT IS UNDER THESE EXTREME EMERGENCY CONDITIONS, AND SITUATION, THE WAY IT IS, I'M REQUESTING ALSO OF YOUR HONORABLE COURT, AN IMMEDIATE EMERGENCY TRANSFER, — WITH OR WITHOUT AN OVERRIDE WHICH, I'VE HAD NUMEROUS YRS. SINCE, AND DUE TO MY PAST ACTIVENESS ON MAINLINE AS AS HOT CALLER FOR & FROM I.E. — SAN BERNARDINO COUNTY & RIVERSIDE, BUT — I'VE — SINCE LONG TIME PAST "DE-BRIEFED HARD & HEAVY, TWICE AGAINST AB-YSRAN, & LA EME (I WAS MARRIED INTO-TO THE FOUNDER'S DAUGHTER — JOE MORGAN — ME & HER HAD TWO KIDS (I'M IN ALOT A PAIN CONSTANTLY, AND NOW FOR A WK. & A HALF, I'VE BEEN REALLY BAD & THESE PEOPLE, ARE P.ST OFF, CAUSE THEY'VE BEEN SERVED BY YOUR HONORABLE COURT, JUDGE (MAT S.M. SNYDER, — FRESNO FED. CRT., MRS. JEAN LYNN — CALIF. ST. CHR. DIR. FM SERVICES MED. CAL, P.C.O., — TWO DIFFERENT LEGAL ASST'S — TO ATT'S. KEITH WHATLEY & STEVE FAMA, AND REPS ONE OF YOU SENT — ARMSTRONG REP'S, COLEMAN REPS OF WHICH I WAS ORIGINAL PLAINTIFF AGAINST CDCR — FOR THEM FACTS NOW I'M IN NEED BAD ⇒

NEEDS ARE TO BE MET, AND PROVIDED FOR, BY WHICHEVER CUSTODIAL ENTITY IS IN IMMEDIATE SUPERVISORY CAPACITY, AND IN CONTROL OF MY HOUSING, MEDICAL CARE, PROTECTIVE CUSTODY CARE, AND TO KEEP ME FREE FROM HARM, UNFAIR TREATMENT, HARASSMENT, PHYSICAL HARM TO MY PERSON, & FREE FROM REPRISAL FROM OVER ZEALOUS STAFF MEMBER(S), & FREE FROM ILLEGAL MEDICAL PRACTICES, & FROM ANY VIOLATION OF LAW TO & ON MY PERSON IN ANY MANNER, AND THIS IS NOT WITHOUT CURRENT, & IMMEDIATE VIOLATION, OF CALIF. MEDICAL PRACTICING, RULE(S) LICENSING BOARD, AND TO CONSISTENTLY DISPENSE, TO & ON MY-SELF—"A NORMAL & COMMON STANDARD OF DECENCY, & FAIR TREATMENT, AS DISPENSED & RENDERED TO THE LOCAL COMMUNITY, & ACCORDING TO ANY, & ALL STATE, & FEDERAL CURRENT VALID LAWS & REGULATIONS IN EXISTENCE, & TO BE RENDERED UPON ANY & ALL U.S. CITIZENS, WHEATHER INCARCERATED, OR A FREE CITIZEN, AND IN PROTECTION, & IN ACCORDANCE WITH ALL REGULATIONS, GOVERNING C.D.C.R. & IT'S INMATE POPULATION, UNDER TITLE #15, D.O.M.S., A.O.L., & STATE & FEDERAL LAWS, GOVERNING, & TO BE DISPENSED, & PRACTICED UPON THE INMATE POPULATION,—NOT TO BE SINGLED OUT, OR TREATED UNJUSTLY, OR UNFAIRLY;

FOOTNOTE;
THANK YOU
LT./CPT. MYERS;
FOR ALL YOUR
ASSISTANCE, CONCERN, &
CONSIDERATION, OF & TO
ME & FOR S. MANNING J-48796;
D-4-123

E-28520 D-4-122
Signed: [signature]
Dated: 10/29/07