OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2008 MAR 31 P 12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.



NIXIE    895  DE 1    00 0
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 95113300837    *2756-0786

John E. West E-28520
California Correctional Institution
475-750 Rice Canyon Rd
Susanville, Ca 96130

CV08-00650 JW

```
                                                    FILED
                                                    MAR 2 0 2008
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
                                                    SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST,<br><br>    Plaintiff,<br><br>vs.<br><br>Warden, et al.,<br><br>    Defendant(s). | No. C 08-00650 JW (PR)<br><br>ORDER OF TRANSFER<br><br><br>(Docket No. 3) |

    Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

    Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the

Order of Transfer
G:\PRO-SE\SJ.JW\CR.08\West0650_transfer.wpd

1  Eastern District for a ruling on the motion for a temporary restraining order.
2  (Docket No. 3.)
3      The clerk shall transfer this matter and terminate all pending motions as
4  moot.

DATED: MAR 1 9 2008

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

        Plaintiff,

v.

WARDEN, et al.,

        Defendants.

Case Number: CV08-00650 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/20/08, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. West E-28520
California Correctional Institution
475-750 Rice Canyon Rd
Susanville, Ca 96130

Dated: 3/20/08

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk