UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

2008 APR 29 General Court Number
408.535.5364

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

April 23, 2008

*United States District Court
for the Eastern District of California
Sacramento Division
501 "I" Street, 4th Floor
Sacramento, Calif., 95814*

**ORIGINAL FILED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RE: CV 08-00650 JW   JOHN E. WEST-v-WARDEN

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.   2:08 - CV - 0876   EFB   PC

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: <u>Cindy Vargas</u>
Case Systems Administrator

Enclosures
Copies to counsel of record